FILED

06/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0246

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0246

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ZANE AARON TENOLD,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 22, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 19 2020